**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01617-CV

**BOSTON SCIENTIFIC CORPORATION, Appellant**

**V.**

**MARTHA SALAZAR AND FELIX SALAZAR, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14349**

## ORDER

We **GRANT** appellees' July 24, 2015 unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than September 29, 2015.

/s/ CRAIG STODDART
   JUSTICE